GEOGHAN COHEN & BONGIORNO, LLC
JOSEPH R. BONGIORNO (JB-1832)
250 Mineola Boulevard
Mineola, NY 11501
(516) 741-2405 (212) 465-0600

Attorneys for Plaintiff,
MAREK LUKASIEWICZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAREK LUKASIEWICZ,                           Civil Action No. 1:09-cv-05130-FB-ALC

                    Plaintiff(s),

  -   against -                               **NOTICE OF APPEARANCE**

AMERICAN RED CROSS and AMERICAN
RED CROSS IN GREATER NEW YORK,

                    Defendant(s).
------------------------------------------------------------X

        TO THE CLERK FOR THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel on behalf of the plaintiff, MAREK LUKASIEWICZ.

The Consent to Change Attorney form is attached hereto as **Exhibit A**.

I certify that I am admitted to practice in this Court.

Dated:   Mineola, New York
        December 29, 2009

                              Respectfully submitted,

                              _____
                              JOSEPH R. BONGIORNO (JRB-1832)
                              GEOGHAN COHEN & BONGIORNO, LLC
                              250 Mineola Boulevard
                              Mineola, NY 11501
                              (516) 741-2405 (212) 465-0600

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Civil Action No. 1:09-cv-05130-FB-ALC

MAREK LUKASIEWICZ,

                                  Plaintiff(s),                     CONSENT TO CHANGE
                                                                           ATTORNEY

- against -

AMERICAN RED CROSS and AMERICAN
RED CROSS IN GREATER NEW YORK,

                                  Defendant(s).
-----------------------------------------------------------X

      IT IS HEREBY CONSENTED THAT GEOGHAN COHEN & BONGIORNO, LLC, be substituted as attorney(s) of record for the undersigned party in the above entitled action in place and stead of the BONGIORNO LAW FIRM as of the date hereof.

Dated: December 7, 2009                    THE BONGIORNO LAW FIRM, PLLC

                                                                   By: _____
                                                                           BRANDON CRUZ, Esq.

                                                             _____
                                                                           MAREK LUKASIEWICZ

                                                                           GEOGHAN COHEN & BONGIORNO, LLC

                                                                By: _____
                                                                           JOSEPH R. BONGIORNO, Esq.

As to Marek Lukasiewicz
Sworn to before me 7th of
December 2009

_____
NOTARY PUBLIC

MAGDALENA TELECKA
Notary Public, State of New York
No. 01TE6135658
Qualified in Queens County
Commission Expires Oct 24, 2013

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ss.:
COUNTY OF NASSAU    )

      VERA HARRIS, being duly sworn deposes and states:

    That deponent is not a party to the action, is over 18 years of age and resides in Allendale, New Jersey:

**That on the 29th of DECEMBER, 2009, a copy of a NOTICE OF APPEARANCE**

Sedgwick Detert Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, NY 10004-2400

at the address(es) for that purpose by depositing a true copy of same enclosed in a post paid property addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                              _____
                                                VERA HARRIS

Sworn to before me this
___ day of DECEMBER, 2009

_____
Notary Public

            JOSEPH R. BONGIORNO
       Notary Public, State of New York
              No. 30-4952451
          Qualified in Nassau County
       Commission Expires June 19, 2011

**Case No. 09-cv-05130-FB-ALC**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
========================================================================

MAREK LUKASIEWICZ,

                              Plaintiff(s),

- against -

AMERICAN RED CROSS and AMERICAN RED CROSS IN GREATER NEW YORK,

                              Defendant(s).
========================================================================
### NOTICE OF APPEARANCE
========================================================================

GEOGHAN COHEN & BONGIORNO, LLC
Attorneys for Plaintiff
250 Mineola Boulevard
Mineola, NY 11501
Tel: (212) 465-0600, 516-741-2405, Fax: (212) 753-0960

========================================================================

To                                                        Signature (Rule 130-1.1-a)

_____

Attorney(s) for

========================================================================